No. ——. Original. *Ex parte:* IN THE MATTER OF JOHN P. WHITE, AS PRESIDENT, AND WILLIAM GREEN, AS SECRETARY TREASURER, OF UNITED MINE WORKERS OF AMERICA, ET AL., PETITIONERS. Submitted January 29, 1917. Decided February 5, 1917. Motion for leave to file petition for writ of prohibition denied. *Mr. Henry Warrum* and *Mr. George L. Grant* for the petitioners.